CHARLES C. HUTCHINGS et al., Appellants, *v.* MARY L. HUTCHINGS et al., Respondents.

*Hutchings* v. *Hutchings*, 144 App. Div. 757, appeal dismissed.
(Submitted January 15, 1912; decided January 23, 1912.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 7, 1911, in favor of defendants, upon the submission of a controversy as to the title to certain real property, under section 1279 of the Code of Civil Procedure.

The motion was made upon the ground that the appellants had failed to file and serve the required undertaking.

*Robert H. Hibbard* for motion.

*Everett V. Abbot* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless within ten days from receipt of this order appellants perfect their appeal and pay ten dollars costs of this motion, in which case motion is denied.